UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,
Plaintiff,

v.

GOODWIN-GALLAGHER SAND &
GRAVEL CORP., *et al.*,
Defendants.

In Equity No. 20-267

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: FEB 0 6 2020

George B. Daniels
United States District Court Judge
Southern District of New York